**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00124-CMA

BERNARD E. HALLMON,

    Plaintiff,

v.

ADVANCE STORES COMPANY, INCORPORATED, d/b/a Advance Auto Parts,

    Defendant.

_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED:  February __07__, 2013

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge